FILED: February 18, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1991 (L)
(2:07-cv-00593-DCN)
(2:07-cv-02992-DCN)
(2:08-cv-03129-DCN)

_____

ALAN M. GRAYSON; AMG TRUST

       Plaintiffs - Appellants

v.

RANDOLPH ANDERSON; PATRICK KELLEY; TOTAL ECLIPSE INTERNATIONAL LTD

       Defendants - Appellees

 and

CHARLES CATHCART; EVELYN CATHCART; YURIJ DEBEVC; CHARLES HSIN; DERIVIUM CAPITAL USA INC; VERIDIA SOLUTIONS LLC; SHENANDOAH HOLDINGS LTD; PTS INTERTECH INC; AQUILIUS INC; OPTECH LIMITED; PAUL ANTHONY JARVIS; COLIN BOWEN; BANCROFT VENTURES LTD; BANCROFT VENTURES UK LTD; SPENCER PARTNERS LTD; ISLE OF MAN ASSURANCE LTD; DMITRY BOURIAK; BRYAN JEEVES; ALEXANDER JEEVES; KRISTINA PHELAN; JEEVES GROUP, THE; JEEVES HOLDINGS LTD; JAVELIN LTD; LEXADMIN TRUST REG; ST VINCENT TRUST COMPANY LTD; ST VINCENT TRUST SERVICE LTD; WINDWARD ISLES TRUST COMPANY LTD; SELBOURNE TRUST COMPANY LTD; PELICAN TRUST COMPANY LTD; JEEVES GROUP ASIA LTD; WACHOVIA SECURITIES, INC; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3; JOHN DOE 4; JOHN DOE 5; JOHN DOE 6; JOHN DOE 7; JOHN DOE

8; JOHN DOE 9; JOHN DOE 10; JEEVES COMPANY LTD; ORANGEBURG METAL TREATMENT CO LLC; ROBERT BRADENBURG; NIGEL THOMAS TEBAY; JOANNA OVERFIELD BODELL; ISLE OF MAN FINANCIAL TRUST LIMITED; NIGEL HARLEY WOOD; VISION INTERNAATIONAL PEOPLE GROUP PL; METARIZON LLC, f/k/a Metarrizon Solutions LLC; JONATHAN SANDIFER

       Defendants

------------------------

O R D E R

------------------------

The court grants an extension of the briefing schedule as follows:

Appendix due: 03/16/2015

Opening brief due: 03/16/2015

Opening/response brief due: 04/20/2015

Response/reply brief due: 05/21/2015

Any reply brief: 14 days from service of response/reply brief.

                                           For the Court--By Direction

                                           /s/ Patricia S. Connor, Clerk